**Ricardo D. JONES, Petitioner–Appellant,**

v.

**Alton BASKERVILLE, Warden, Respondent–Appellee.**

No. 02–6122.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2002.

Decided April 12, 2002.

Ricardo D. Jones, Appellant Pro Se. Robert H. Anderson, III, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILKINS, KING, and GREGORY, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Ricardo D. Jones seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Jones v. Baskerville,* No. CA–01–134 (E.D.Va. Dec. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*